**Fill in this information to identify the case:**

Debtor 1: John Warren Vojtech

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Minnesota
(State)

Case number: 15-43892

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account: 8 9 3 5

**Property address:** 2205 Foxtail Court
Number    Street

Lino Lakes    MN    55110
City    State    ZIP Code

**Court claim no.** (if known): 3

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 91,840.45

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ 91,840.45

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 12/01/2015
MM / DD / YYYY

Debtor 1  **John** (First Name)   **Warren** (Middle Name)   **Vojtech** (Last Name)       Case number (*if known*) 15-43892

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Marjorie Holsten
Signature

Date  03/18/2019

Print:  **Marjorie** (First Name)   (Middle Name)   **Holsten** (Last Name)

Title: Attorney

Company: Randall S. Miller & Associates, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 120 South Sixth Street, Suite 2050 (Number / Street)
Minneapolis (City)   MN (State)   20050 (ZIP Code)

Contact phone (248) 335 - 9200

Email bankruptcy@rsmalaw.com



| Payment Changes | | | |
|---|---|---|---|
| Date | P&I | Escrow | Total |
| POC 3 | 1324.68 | 874.95 | 2199.63 |
| 9/1/2016 | 1324.68 | 871.18 | 2195.86 |
| 10/1/2016 | 1488.73 | 871.18 | 2359.91 |
| 9/1/2017 | 1488.73 | 845.92 | 2334.65 |
| 10/1/2017 | 1551.05 | 757.52 | 2308.57 |

| Loan Information | |
|---|---|
| Loan # | |
| Borrower | Vojtech |
| Date Filed | 11/10/15, 15 43892 |
| First Post Petition | 12/1/2015 |
| POC Covers | 12/2014 - 11/2015 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/5/2016 | $3,071.39 | Trustee Payment | 12/1/2014 | | $3,071.39 | | | $0.00 | $3,071.39 | $2,007.92 | $2,007.92 | $3,071.39 | |
| 10/6/2016 | $1,439.27 | Trustee Payment | 1/1/2015 | | $1,439.27 | | | $0.00 | $1,439.27 | $2,007.92 | $1,439.27 | $4,510.66 | |
| 11/3/2016 | $1,432.54 | Trustee Payment | 2/1/2015 | | $1,432.54 | | | $0.00 | $1,432.54 | $2,007.92 | $863.89 | $5,943.20 | |
| 2/6/2017 | $1,432.54 | Trustee Payment | 3/1/2015 | | $1,432.54 | | | $0.00 | $1,432.54 | $2,007.92 | $288.51 | $7,375.74 | |
| 3/3/2017 | $1,432.54 | Trustee Payment | 4/1/2015 | | $1,432.54 | | | $0.00 | $1,432.54 | $2,007.92 | -$286.87 | $8,808.28 | |
| 6/1/2017 | $2,111.40 | Trustee Payment | 5/1/2015 | | $2,111.40 | | | $0.00 | $2,111.40 | $2,007.92 | -$183.39 | $10,919.68 | |
| 9/5/2017 | $1,407.60 | Trustee Payment | 6/1/2015 | | $1,407.60 | | | $0.00 | $1,407.60 | $2,007.92 | -$783.71 | $12,327.28 | |
| 10/23/2017 | $1,483.95 | Trustee Payment | 7/1/2015 | | $1,483.95 | | | $0.00 | $1,483.95 | $2,007.92 | -$1,307.68 | $13,811.23 | |
| 1/3/2018 | $1,418.00 | Trustee Payment | 8/1/2015 | | $1,418.00 | | | $0.00 | $1,418.00 | $2,007.92 | -$1,897.60 | $15,229.23 | |
| 2/5/2018 | $1,418.00 | Trustee Payment | 9/1/2015 | | $1,418.00 | | | $0.00 | $1,418.00 | $2,007.92 | -$2,487.52 | $16,647.23 | |
| 5/1/2018 | $1,418.00 | Trustee Payment | 10/1/2015 | | $1,418.00 | | | $0.00 | $1,418.00 | $2,007.92 | -$3,077.44 | $18,065.23 | |
| 6/6/2018 | $1,418.00 | Trustee Payment | 11/1/2015 | | $1,418.00 | | | $0.00 | $1,418.00 | $2,007.92 | -$3,667.36 | $19,483.23 | |
| 8/30/2018 | $1,405.00 | Trustee Payment | 12/1/2015 | | $1,405.00 | | | $0.00 | $1,405.00 | $2,007.92 | -$4,270.28 | $20,888.23 | |
| 9/6/2018 | $1,405.00 | Trustee Payment | 1/1/2016 | | $1,405.00 | | | $0.00 | $1,405.00 | $2,007.92 | -$4,873.20 | $22,293.23 | |
| 1/2/2019 | $1,410.20 | Trustee Payment | 2/1/2016 | | $1,410.20 | | | $0.00 | $1,410.20 | $2,007.92 | -$5,470.92 | $23,703.43 | |
| 2/5/2019 | $7,647.12 | Trustee Payment | 3/1/2016 | | $7,647.12 | | | $0.00 | $7,647.12 | $2,007.92 | $168.28 | $31,350.55 | |
| Past Due | | | 12/1/2015 | $2,199.63 | | | | | | | | | |
| | | | 1/1/2016 | $2,199.63 | | | | | | | | | |
| | | | 2/1/2016 | $2,199.63 | | | | | | | | | |
| | | | 3/1/2016 | $2,199.63 | | | | | | | | | |
| | | | 4/1/2016 | $2,199.63 | | | | | | | | | |
| | | | 5/1/2016 | $2,199.63 | | | | | | | | | |
| | | | 6/1/2016 | $2,199.63 | | | | | | | | | |
| | | | 7/1/2016 | $2,199.63 | | | | | | | | | |
| | | | 8/1/2016 | $2,199.63 | | | | | | | | | |
| | | | 9/1/2016 | $2,195.86 | | | | | | | | | |
| | | | 10/1/2016 | $2,359.91 | | | | | | | | | |
| | | | 11/1/2016 | $2,359.91 | | | | | | | | | |
| | | | 12/1/2016 | $2,359.91 | | | | | | | | | |
| | | | 1/1/2017 | $2,359.91 | | | | | | | | | |
| | | | 2/1/2017 | $2,359.91 | | | | | | | | | |
| | | | 3/1/2017 | $2,359.91 | | | | | | | | | |
| | | | 4/1/2017 | $2,359.91 | | | | | | | | | |
| | | | 5/1/2017 | $2,359.91 | | | | | | | | | |
| | | | 6/1/2017 | $2,359.91 | | | | | | | | | |
| | | | 7/1/2017 | $2,359.91 | | | | | | | | | |
| | | | 8/1/2017 | $2,359.91 | | | | | | | | | |
| | | | 9/1/2017 | $2,334.65 | | | | | | | | | |
| | | | 10/1/2017 | $2,308.57 | | | | | | | | | |
| | | | 11/1/2017 | $2,308.57 | | | | | | | | | |
| | | | 12/1/2017 | $2,308.57 | | | | | | | | | |
| | | | 1/1/2018 | $2,308.57 | | | | | | | | | |
| | | | 2/1/2018 | $2,308.57 | | | | | | | | | |
| | | | 3/1/2018 | $2,308.57 | | | | | | | | | |
| | | | 4/1/2018 | $2,308.57 | | | | | | | | | |
| | | | 5/1/2018 | $2,308.57 | | | | | | | | | |
| | | | 6/1/2018 | $2,308.57 | | | | | | | | | |
| | | | 7/1/2018 | $2,308.57 | | | | | | | | | |
| | | | 8/1/2018 | $2,308.57 | | | | | | | | | |
| | | | 9/1/2018 | $2,308.57 | | | | | | | | | |
| | | | 10/1/2018 | $2,308.57 | | | | | | | | | |
| | | | 11/1/2018 | $2,308.57 | | | | | | | | | |
| | | | 12/1/2018 | $2,308.57 | | | | | | | | | |
| | | | 1/1/2019 | $2,308.57 | | | | | | | | | |
| | | | 2/1/2019 | $2,308.57 | | | | | | | | | |
| | | | 3/1/2019 | $2,308.57 | | | | | | | | | |

# United States Bankruptcy Court
## District of Minnesota

In re:
John Warren Vojtech,

Debtor.

Case No: 15-43892
Chapter: 13
Judge: Kathleen H. Sanberg

The undersigned states that on March 18th, 2019, copies of the Response to Notice of Final Cure Payment were served upon the following parties:

| | | |
|---|---|---|
| Debtor | US Trustee | Chapter 13 Trustee |
| John Warren Vojtech | 1015 US Courthouse | Gregory A Burrell |
| 2205 Foxtail Court | 300 S. 4th St. | 100 South Fifth Street |
| White Bear Lake, MN 55110 | Minneapolis, MN 55415 | Suite 480 |
| | | Minneapolis, MN 55402 |

Debtor's Attorney
Michael K. Pepin
Michael K. Pepin Law Offices
7383 Pinehurst Court
Pine Springs, MN 55115

via first class mail, with proper postage affixed thereto to Debtor and via the Court's CM-ECF electronic filing system to the Debtor's Attorney and Chapter 13 Trustee

The above is true to the best of my information, knowledge and belief.

**Randall S. Miller & Associates**

*/s/ Matthew D. Grubba*  ____
Randall S. Miller & Associates